IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NORRIS McGILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION, ET AL., | ) | 3:25-CV-2426-G-BW |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. The court has made a *de novo* review of those portions of the Findings, Conclusions, and Recommendation to which objections were made and has reviewed all other portions for plain error. The objections are overruled, and the court finds no plain error with respect to the remainder of the Findings, Conclusions, and Recommendation. The court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the defendants' motion to dismiss (docket entry 10) is **GRANTED**, and the plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

September 23, 2026.

A. Joe Fish

**A. JOE FISH**
**Senior United States District Judge**